Dear Court Clerk,

Please file the enclosed memorandum in the entitled action.

Kind Regards,
Scott Smith

U.S.A.
   v.            Case No. 1:19CR00421-001(RJD)
Scott Allan Smith


## MEMORANDUM

The defendant in the above-entitled action would like to create record with the Court that:

On August 3, 2019, the defendant placed two phone calls and sent a series of text messages to Casey Cleavenger (the "Victim"). During the initial phone call, the victim answered the phone and the following dialogue was exchanged:

Victim: This is Casey.

Defendant: Casey?

Victim: This is she.

Page 1 of 3

DEFENDANT: Casey, my name is Scott Smith. You prosecuted me 5 years ago for crimes I didn't commit.

(PAUSE)

DEFENDANT: Don't tell me you have nothing to say now when you had so much to say in the courtroom.

(Victim disconnects the call)

The victim made an untruthful statement to police regarding the content of the first unrecorded phone call. At no time prior to the D.O.J. press release did the defendant have knowledge that the victim's child was that of a female. This same victim also made false statements to the court regarding this defendant's conduct during the 2014-15 prosecution of this defendant. Based on this history of deceit, the defendant believes that this victim is likely to make further false statements in the future,

AND WOULD LIKE TO MAKE RECORD OF SUCH BELIEFS.

RESPECTFULLY SUBMITTED,
Scott Allan Smith

Scott Smith
U.S.P. Lee
PO Box 305
Jonesville VA 24263

KNOXVILLE TN 377
10 AUG 2022 PM 4

Courtroom of Raymond J. Dearie
Attn: Court Clerk
225 Cadman Plaza East
10th Floor
Brooklyn NY 11201

11201-183299